# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

144885

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ROBERT DAVIS,
      Plaintiff/Counter-Defendant-
      Appellant,

v

      SC: 144885
      COA: 301405
      Wayne CC: 10-007095-AW

DEBRA J. HUMPHREY,
      Defendant/Counter-Plaintiff-
      Appellee.

_____/

On order of the Court, the application for leave to appeal the February 21, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

h0827